**2003–0225.   Buckley v. Wintering.**
Franklin App. No. 02AP–511, 2003-Ohio-824. This cause is pending before the court as discretionary appeals and a cross-appeal and a claimed appeal of right. Upon consideration of the application for dismissal of the appeals of Michael R. Wintering and Nancie E. Buckley,

IT IS ORDERED by the court that the application for dismissal of the appeals of Michael R. Wintering and Nancie E. Buckley be, and hereby is, granted.

It appears from the records of this court that the appellee/cross-appellant American Casualty Company of Reading, Pennsylvania, has not filed a jurisdictional memorandum, due March 3, 2003, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence.

IT IS FURTHER ORDERED by the court that the cross-appeal be dismissed, sua sponte.

**2003–0425.   Cincinnati School Dist. Bd. of Edn. v. Hamilton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–R–1206. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *03/28/2003 Case Announcements,* 2003-Ohio-1537.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*March 28, 2003*

## MOTION AND PROCEDURAL RULINGS

**2003–0016.   In re Petition of the Office of Disciplinary Counsel for Disclosure of Evidence Presented to the Seneca Cty. Grand Jury in 2001.**
This cause came on for consideration upon the filing of a petition of the Office of Disciplinary Counsel for disclosure of evidence presented to the Seneca County Grand Jury in 2001, and a motion to seal all documents filed. Upon consideration thereof,

IT IS ORDERED by this court that the motion be and hereby is granted.